**95–2469.** State ex rel. Aust v. McDonald. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective December 28, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–2601.** State v. Boone. *Lorain County,* No. 93CA005557. Appellant has filed an untimely appeal of the court of appeals' decision on reconsideration of its denial of appellant's motion for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte,* effective December 28, 1995, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction, effective December 28, 1995.

*Wednesday, January 3, 1996*

## MERIT DOCKET

**95–2608.** In re Barilatz. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, effective January 2, 1996.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

## MOTION DOCKET

**95–2611.** State v. Calderon. *Montgomery County,* No. 15250. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied, effective January 2, 1996.

WRIGHT, J., dissents.

*Thursday, January 4, 1996*

## RECONSIDERATION DOCKET

**95–1703.** Nehls v. Quad K. Advertising. *Cuyahoga County,* No. 67358. Reported at 74 Ohio St.3d 1462, 656 N.E.2d 1298, and 74 Ohio St.3d 1485, 657 N.E.2d 1378. *Nunc pro tunc,* the announcement of December 20, 1995 is corrected to reflect the actual vote of the court: On motion for reconsideration. Motion granted and discretionary appeal allowed.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.